1   Sean Goodman, State Bar #266109
    Attorney at Law
2   18321 Ventura Blvd., Suite 755
    Tarzana, California 91356-4228
3   (818) 996-8903
    Fax: (818) 996-2942
4

5   Attorney for Plaintiff, DavexLabs, LLC

6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DAVEXLABS, LLC,                        )    CASE NO.
                                           )
12            Plaintiff,                    )    COMPLAINT FOR:
                                           )
13        v.                               )    1. BREACH OF CONTRACT
                                           )
14  MILLENNIUM BEAUTY CONCEPTS,            )
    ARES CONTRERAS,                        )
15                                         )
              Defendants.                   )
16  _____   )

17

18

19

20

21

22

23

24

25

26

27

28

                                    _____
                                         Complaint

1    Plaintiff, DavexLabs, LLC, complains and alleges as follows:

2

3                          **JURISDICTION AND VENUE**

4        1. This Court has jurisdiction of this case pursuant to diversity jurisdiction under title

5    28 of the United States Code, section 1332, which gives district courts original jurisdiction of

6    civil actions where the matter in controversy exceeds $75,000 and is between citizens of

7    different states. Plaintiff seeks damages in an amount not less than $126,595.03 to be

8    demonstrated according to proof.

9

10       2. This Court also has jurisdiction of this case and venue is proper in this Court

11   pursuant to the forum selection clause for federal court in California pursuant to the contract

12   executed by and between the parties set forth more fully herein and attached as Exhibit "A."

13   Article 9.11 of the attached agreement provides that this action will be filed in the United

14   States District Court for the Central District of California.

15

16                                **PARTIES**

17       3. Plaintiff, DAVEXLABS, LLC ("DAVEXLABS") is a limited liability company

18   organized under the laws of the State of Delaware, with its principal place of business in Los

19   Angeles County, California and located at 720 Wilshire Boulevard, Suite 200 Santa Monica,

20   CA 90401 and is and at all times good standing with the secretary of state.

21

22       4. On information and belief, at all pertinent times Defendant, MILLENNIUM

23   BEAUTY CONCEPTS, ("MILLENNIUM") is a business entity form unknown and with a

24   principal place of business located at 599-601 60th Street, West New York, NJ 07093.

25

26       5. On information and belief, at all pertinent times Defendant, ARES CONTRERAS,

27   ("CONTRERAS"), is an individual and the principal of MILLENNIUM living at 599-601 60th

28   Street, West New York, NJ 07093.

1    6. The underlying contract alleged herein was conceived, performed or made effective

2    within California law and sets forth that this court is the proper venue for resolution of

3    disputes related to the agreement. The trade and commerce affected by the violations alleged

4    herein were carried on, in part, within California and some of the unlawful acts described

5    herein were conceived, performed or made effective within California.

6

7                        **EXECUTION OF DISTRIBUTION AGREEMENT**

8    7. On or about July 1, 2015, plaintiff and defendants entered into a written Distribution

9    Agreement (the "Distribution Agreement") where defendants agreed to purchase hair care,

10   hair color and scalp therapy products for resale distribution from plaintiff that were thereafter

11   shipped by plaintiff and received by defendants for resale. A copy of the Distribution

12   Agreement is attached hereto as Exhibit "A."

13

14                               *First Cause of Action*

15                               *Breach of Contract*

16                               ***Against All Defendants***;

17   8. Plaintiff hereby incorporates all paragraphs previously alleged herein and further

18   alleges as follows:

19

20   9. Defendants, MILLENNIUM and CONTRERAS, breached the Distribution

21   Agreement pursuant to Article 4.3 by failing to pay for products shipped and delivered by

22   plaintiff and set forth in past due invoices totaling $126,595.03. Defendants failed to pay for

23   the products and breached the Distribution Agreement in or around August of 2017.

24

25   10. Plaintiff fully performed pursuant to the Distribution Agreement by sending the

26   products to defendants. Plaintiff performed all conditions required of it under the Distribution

27   Agreement except for performance which was excused resulting from defendants' breach of

28   the Distribution Agreement.

Complaint

1    11.  Plaintiff's total damages are not less than $126,595.03 and are to be shown

2    according to proof at trial.

3

4    12.  Plaintiff has incurred attorney's fees in the prosecution of this action which will be

5    demonstrated at trial according to proof.

6

7    13. Plaintiff complied with all notice to cure provisions set forth in the Distribution

8    Agreement and Defendants failed to cure thereafter.

9

10   WHEREFORE DAVEXLABS, LLC, plaintiff prays for judgment against defendant(s) as

11   follows:

12   On the Cause of Action for Breach of Contract against MILLENNIUM BEAUTY

13   CONCEPTS and ARES CONTRERAS:

14   1. Damages to be shown at trial according to proof not less than $126,595.03;

15   2. Costs of suit and reasonable attorney's fees;

16   3. For interest at the legal rate; and

17   4. For such other and further relief as the court may deem proper.

18                                         Respectfully submitted,

19

20   Date: February 2, 2018              /SG/_____
                                          SEAN GOODMAN
21                                        ATTORNEY FOR PLAINTIFF,
                                          DAVEXLABS, LLC
22

23                            **WAIVER OF JURY TRIAL**

24       Plaintiff hereby waives a jury trial in this action.

25                                         Respectfully submitted,

26   Date: February 2, 2018              /SG/_____
                                          SEAN GOODMAN
27                                        ATTORNEY FOR PLAINTIFF,
                                          DAVEXLABS, LLC
28

                                         _____