JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVEXLABS, LLC, | ) | CV 18-1404-RSWL-AGR |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MILLENNIUM BEAUTY CONCEPTS, ARES CONTRERAS, | ) | |
| Defendants. | ) | |

**WHEREAS,** on July 23, 2018 the Court Clerk entered default against Defendants Millennium Beauty Concepts and Ares Contreras ("Defendants") [13], pursuant to Federal Rule of Civil Procedure 55(a),

**WHEREAS,** this Court **GRANTED** Plaintiff DavexLabs, LLC's ("Plaintiff") Application for Default Judgment [15],

///

1    **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that

2  judgment is entered in favor of Plaintiff and against

3  Defendants, in accordance with this Court's previous

4  Order granting Plaintiff's Application for Default

5  Judgment.  Damages are awarded to Plaintiff in the

6  amount of $126,595.03.  Prejudgment interest is awarded

7  to Plaintiff in the amount of $8,357.88.  Attorneys'

8  fees are further awarded to Plaintiff in the amount of

9  $8,131.90.  The Court also awards costs to Plaintiff in

10  the amount of $416.50.

11    As no Defendants remain, the Clerk shall close this

12  matter.

13

14  **IT IS SO ORDERED.**

15  DATED: November 16, 2018   s/ RONALD S.W. LEW
                                **HONORABLE RONALD S.W. LEW**
16                              Senior U.S. District Judge

17

18

19

20

21

22

23

24

25

26

27

28